**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID COBB, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NATIONAL FREIGHT INSTITUTE, an unknown entity; NATIONAL DISTRIBUTION CENTERS, LLC, a Delaware Limited Liability Company; and DOES 1 to 10, inclusive,

Defendants.

Case No. 5:25-cv-02196 JGB (SPx)

[*Assigned for All purposes to Jesus G. Bernal, Courtroom 1*]

**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Trial Date: N/A
Complaint Filed: June 17, 2025
Superior Court San Bernardino County

On July 8, 2026 the Parties filed a Joint Stipulation for Dismissal of Federal Action. On July 22, 2026, the Parties filed a Revised Joint Stipulation to Dismiss With Prejudice to update the signature for Plaintiff's counsel.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The action bearing case number 5:25-CV-02196 JGB is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 27, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE